UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Erik Becerra, | Case No. 16-cv-0595 (WMW/SER) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| United States of America, | |
| Respondent. | |

---

This matter is before the Court on the August 9, 2016 Report and Recommendation of United States Magistrate Judge Steven E. Rau. (Dkt. 6.) No objections to the Report and Recommendation have been filed in the time period permitted.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 9, 2016 Report and Recommendation, (Dkt. 6), is **ADOPTED**.

2. Respondent's motion to transfer venue, (Dkt. 4), is **GRANTED**. The Court directs the Clerk of Court to transfer this action, Case No. 16-cv-0595, to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. §1406(a).


Dated: September 19, 2016                    s/Wilhelmina M. Wright
                                                                                                   Wilhelmina M. Wright
                                                                                                   United States District Judge